UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants.* | Civil Action No. 22-1792 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 15, 2022, Plaintiff Committee of 100, Inc. ("Plaintiff") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request submitted to the DOJ's Office of Justice Programs on March 16, 2022, which is attached as Exhibit 2 to the Complaint, and a FOIA request submitted to the FBI on March 15, 2022, which is attached as Exhibit 5 to the Complaint. The request to DOJ's Office of Justice Programs contains two parts, whereas the request to the FBI contains 11 parts.

2. Plaintiff filed the Complaint in this matter on June 23, 2022, and, following service on the United States Attorney's Office on August 3, 2022, Defendants answered the Complaint on September 2, 2022.

3. With respect to the request to the DOJ's Office of Justice Programs, that office

stated in the last status report that it required clarification from Plaintiff with respect to the request and that it would be identifying the areas for which clarification was needed in a written submission to Plaintiff, through counsel.  That request for clarification was made on September 27, 2022, and Plaintiff responded on October 11, 2022.  DOJ's Office of Justice Programs has begun processing responsive records and made its first interim production to the Plaintiff on October 25, 2022.  That office expects to have completed its search for potentially responsive records, and to be in a position to provide an estimate of the number of potentially responsive pages to be processed, by the next status report.

4.     With respect to the FBI request, the FBI states that the search remains ongoing and anticipates that it will be in a position by the next status report to estimate the number of potentially responsive records to be processed. The FBI expects to make its first interim release of 500 potentially responsive pages reviewed by January 26, 2023.

5.     In light of the above, the parties propose that they file a further status report on December 15, 2022, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

*/s/ Josh Loevy*
Josh Loevy, D.C. Bar No. IL0105
Matthew Topic, D.C. Bar No. IL 0037
Shelley Geiszler, D.C. Bar No. IL 0087
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052

United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*