AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| COMMITTEE OF 100, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01792 (RC) |
| U.S. DEPARTMENT OF JUSTICE, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Committee of 100, Inc.

Date: 03/01/2023

/s/ Merrick J. Wayne
*Attorney's signature*

Merrick J. Wayne, Bar No. IL0058
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

merrick@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*