UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Civil Action No. 22-1792 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 15, 2022, Plaintiff Committee of 100, Inc. ("Plaintiff") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request submitted to the DOJ's Office of Justice Programs on March 16, 2022, which is attached as Exhibit 2 to the Complaint, and a FOIA request submitted to the FBI on March 15, 2022, which is attached as Exhibit 5 to the Complaint. The request to DOJ's Office of Justice Programs contains two parts, whereas the request to the FBI contains 11 parts.

2. As stated in a prior status report, with respect to the request to the DOJ's Office of Justice Programs, that office made its first interim production to the Plaintiff on October 25, 2022, and its second interim production to the Plaintiff on November 22, 2022. Since the last status report, that office has made subsequent productions on December 21, 2022, January 25, 2023, and February 24, 2023, and expects to make its next production on or about

March 24, 2023. DOJ's Office of Justice Programs has completed its search for potentially responsive records, and estimates that approximately 2,885 potentially responsive pages remain to be processed.

3. With respect to the FBI request, the FBI states that it has completed its search and processing of all records containing only FBI equities. The FBI made interim releases on January 26, 2023, and February 24, 2023, reviewing 875 pages and releasing 766 pages in whole or in part. Additionally, the FBI sent a consultation to another government agency, and anticipates making its final release of consulted pages on March 24, 2023. This will conclude the FBI's processing.

4. In light of the above, the parties propose that they file a further status report on May 16, 2023, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

/s/ Josh Loevy
Josh Loevy, D.C. Bar No. IL0105
Matthew Topic, D.C. Bar No. IL 0037
Shelley Geiszler, D.C. Bar No. IL 0087
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*