UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Civil Action No. 22-1792 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 27, 2023, Plaintiff Committee of 100, Inc. ("Plaintiff") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request submitted to the DOJ's Office of Justice Programs on March 16, 2022, which is attached as Exhibit 2 to the Complaint, and a FOIA request submitted to the FBI on March 15, 2022, which is attached as Exhibit 5 to the Complaint. The request to DOJ's Office of Justice Programs contains two parts, whereas the request to the FBI contains 11 parts.

2. As stated in a prior status report, with respect to the request to the DOJ's Office of Justice Programs, that office made its first interim production to the Plaintiff on October 25, 2022, and subsequent productions on November 22, 2022, December 21, 2022, January 25, 2023, February 24, 2023, March 24, 2023, April 25, 2023, May 25, 2023, June 26, 2023, July 25, 2023, August 24, 2023, and September 26, 2023. Since the last status report, that

office made productions on October 25, 2023, and November 21, 2023. DOJ's Office of Justice Programs has completed its search for potentially responsive records, and estimates that approximately 859 potentially responsive pages remain to be processed.

3. With respect to the FBI request, the FBI previously reported that it had concluded its processing of the FOIA request to the FBI.

4. Plaintiff states that it is reviewing the FBI production to determine whether any issues remain as to the FBI request.

5. In light of the above, the parties propose that they file a further status report on January 31, 2024, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0105
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530

(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*