UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC., <br><br>  *Plaintiff,* <br><br>  v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br>  *Defendants*. | Civil Action No. 22-1792 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 6, 2024, Plaintiff Committee of 100, Inc. ("Plaintiff") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request submitted to the DOJ's Office of Justice Programs on March 16, 2022, which is attached as Exhibit 2 to the Complaint, and a FOIA request submitted to the FBI on March 15, 2022, which is attached as Exhibit 5 to the Complaint. The request to DOJ's Office of Justice Programs contains two parts, whereas the request to the FBI contains 11 parts.

2. As stated in the last status report, the DOJ's Office of Justice Programs made its final production on April 25, 2024, which completed that office's processing of the request. With respect to the FBI request, the FBI previously reported that it had concluded its processing of the FOIA request to the FBI.

3. Plaintiff reports that it is continuing to review the FBI and Office of Justice Programs' productions to determine whether any issues remain outstanding.

4. In light of the above, the parties propose that they file a further status report on October 22, 2024, and that the Court defer setting a briefing schedule at this time.

>Respectfully submitted,
>
>*/s/ Merrick Wayne*
>Matthew Topic, D.C. Bar No. IL0037
>Merrick Wayne, D.C. Bar No. IL0105
>Stephen Stich Match, D.C. Bar No. MA0044
>LOEVY & LOEVY
>311 North Aberdeen, 3rd Floor
>Chicago, IL 60607
>312-243-5900
>foia@loevy.com
>
>*Counsel for Plaintiff*
>
>       AND
>
>MATTHEW M. GRAVES, D.C. BAR#481052
>United States Attorney
>
>BRIAN P. HUDAK
>Chief, Civil Division
>
>
>By:   */s/ Jeremy S. Simon*
>JEREMY S. SIMON, D.C. BAR #447956
>Assistant United States Attorney
>601 D. Street, N.W.
>Washington, D.C. 20530
>(202) 252-2528
>Jeremy.simon@usdoj.gov
>
>*Counsel for Defendants*