UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> *Defendants*. | Civil Action No. 22-1792 (RC) |

**JOINT STATUS REPORT**

1. Pursuant to the Court's order dated January 23, 2025, Plaintiff Committee of 100, Inc. ("Plaintiff") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

2. This action involves a Freedom of Information Act ("FOIA") request submitted to the DOJ's Office of Justice Programs on March 16, 2022, which is attached as Exhibit 2 to the Complaint, and a FOIA request submitted to the FBI on March 15, 2022, which is attached as Exhibit 5 to the Complaint. The request to DOJ's Office of Justice Programs contains two parts, whereas the request to the FBI contains 11 parts.

3. As stated in prior status reports, the DOJ's Office of Justice Programs and FBI have completed processing of the requests and Plaintiff has determined that no issues remain outstanding other than the issue of attorneys' fees and costs. As stated in the last status report, counsel for the parties have agreed in principle to a resolution of this matter. The proposed

agreement remains subject to being memorialized in a mutually agreeable settlement document and the approval of the U.S. Attorneys' office.

4.      In light of the above, the parties propose that they file a further status report by March 26, 2025, if a stipulation of dismissal has not been filed by that date.

Respectfully submitted,

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0105
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Counsel for Plaintiff

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

Counsel for Defendants