UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE OF 100, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> *Defendants*. | Civil Action No. 22-1792 (RC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

/s/ Merrick Wayne (by permission)
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0105
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

By: /s/ *Jeremy S. Simon*
Jeremy S. Simon (D.C. Bar No. 447956)
Assistant United States Attorney,
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for United States of America*